UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 0 8 2023

NATHAN OCHSNER
CLERK OF COURT

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **vs.** | § | **CRIMINAL NO. B-23-519** |
| **GORGE ARMANDO RAMOS** | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about July 17, 2023, within the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

**GORGE ARMANDO RAMOS,**

did knowingly conspire with persons known and unknown to the Grand Jurors to ship, transport, cause to be transported, and otherwise dispose of a firearm, namely, One (1) American Tactical, Omni Hybrid Model, 5.56 caliber rifle, serial number NS120524, to another person, in and otherwise affecting interstate and foreign commerce, knowing, and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(3) and 933(b).

### COUNT TWO

On or about July 17, 2023, within the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**GORGE ARMANDO RAMOS,**

did willfully and knowingly export and send, and attempt to export and send, merchandise from the United States to Mexico, namely, one (1) American Tactical, Omni Hybrid Model, 5.56 caliber rifle, serial number NS120524, contrary to the laws and regulations of the

United States, to wit: Title 50, United States Code, Section 4819 and Title 15, Code of Federal Regulations, Sections 774 and 736.2(b)(1).

In violation of Title 18, United States Code, Section 554(a) and Title 18, United States Code, Section 2.

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are incorporated by reference as though set forth in full herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of any of the offenses set forth in this Indictment, Defendant,

### GORGE ARMANDO RAMOS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in, used, or intended to be used in the commission of such offense, including, but not limited to, the following:

1) one (1) American Tactical, Omni Hybrid Model, 5.56 caliber rifle, serial number NS120524
2) twenty (20) .40 caliber handgun magazines
3) twenty eight (28) 9mm handgun magazines
4) one (1) AR-15 magazine

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
PAUL MARIAN
Assistant United States Attorney